EXHIBIT 4:

PLAINTIFFS' FOURTH SET OF INTERROGATORIES

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THEODORE CHAPDELAINE, et al.

v.

PETER NERONHA, et al.

C.A. No. 2015-450-JJM-LDA

**PLAINTIFFS' FOURTH SET OF INTERROGATORIES TO DEFENDANTS RELATING TO AMENDED LAW EFFECTIVE 7/1/2020**

Plaintiffs, by their undersigned counsel, hereby propound the following interrogatory to be answered in writing under oath, within thirty (30) days as provided by Rule 33 of the Federal Rules of Civil Procedure.

**Definitions:**

a. "SORNA" means Sexual Offender Registration and Community Notification Act of the State of Rhode Island, R.I.Gen.Laws chapter 11-37.1, effective July 1, 2020.

b. "Registrant" means an individual who is required to register as a sex offender (including the individual plaintiffs and the proposed class), and assigned to "tier" or "level" 3 and is therefore subject to §11-37.1-10(d), effective July 1, 2020.

c. "2020 Restriction" means the prohibition contained in R.I.G.L. §§11-37.1-10(d), effective July 1, 2020.

d. "Boundaries" refers to the exact boundaries:

    a. around each school or supporting property (including "the real property that supports or upon which there exists a school") meeting the definition of the 2020 Restriction in determining the parcel shape and measurement of the 1000-foot limitation

b. around the residence (including "the real property supporting the residence of the person") of each level 3 sex offender subject to the 2020 Restriction in determining the parcel shape and measurement of the 1000-foot limitation

e. "State" or "Defendants" means the defendants, in their official capacities, as well as State agencies, including but not limited to Department of Attorney General, State Police, Department of Corrections, Department of Education, and Department of Children, Youth and Families.

**Interrogatories**

14. In follow up to your answers to interrogatory 9, please state whether the following land or parcel(s) associated with or supporting a "school" and associated with or supporting a "residence" are included or encompassed or excluded and not encompassed within "the nearest boundary line of the real property supporting the residence of the person to the nearest boundary line of the real property that supports or upon which there exists a school:"

a) parking lot associated with or supporting the school

    i) which is in a separate parcel of land from the school and/or classroom buildings[1]

    ii) which is in the same parcel of land as the school and/or classroom buildings

    iii) which is in a separate parcel of land from a parochial school and/or classroom buildings and is shared in common with the associated church

---

[1] For example, the Wheeler School in Providence has a parking lot and a green area with tables on the east side of Hope Street, with classroom buildings on the west side of Hope Street, a public way. Is the parking lot or the green area included or excluded from the boundaries?

    iv)    which is in a separate parcel of land from the school and/or classroom buildings and is shared in common with an associated municipal or school department administrative building

b) playing fields or facilities (including ice rinks and swimming pools) and/or playgrounds associated with or supporting the school

    i)    which are in a separate parcel of land from the school and/or classroom buildings[2]

    ii)    which are in the same parcel of land as the school and/or classroom buildings

    iii)    which are in a separate parcel of land from a parochial school and/or classroom buildings and are shared in common with the associated church

    iv)    which are in a separate parcel of land from the school and/or classroom buildings and are shared in common with an associated municipal or school department administrative building

    v)    which are in a separate parcel of land from the school and/or classroom buildings and are shared in common with an associated municipal park and/or open to the public

c)    parking lot associated with or supporting the residence:

    i)    which is in a separate parcel of land from the residence

    ii)    which is in the same parcel of land as the residence

---

[2] For example, the Wheeler School in Providence has a parking lot and a green area with tables on the east side of Hope Street, with classroom buildings on the west side of Hope Street, a public way. Is the parking lot or the green area included or excluded from the boundaries?

d) Other structures associated with or supporting a residence in a multi-unit or multi-building housing complex:

i) which are in a separate parcel of land from the residence

ii) which are in the same parcel of land as the residence

By their attorneys,

  /s/ Lynette Labinger
Lynette Labinger  #1645
128 Dorrance Street Box 710
Providence, RI 02903
(401) 465-9565 -tel
LL@labingerlaw.com


John E. MacDonald  #5368
Law Office of John E. MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, RI 02903
(401) 421-1440 -tel
(401) 421-1442 -fax
jm@jmaclaw.com

Cooperating counsel,
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF RHODE ISLAND

## CERTIFICATION

I hereby certify that a copy of the within document was served by email upon counsel for defendants, below-listed, on January 10, 2020:

Rebecca Tedford Partington, #3890
Susan Urso, #4688
Andrea Shea
Lauren Hill
150 South Main Street
Providence, RI 02903-2907

  /s/ Lynette Labinger
Lynette Labinger       #1645