**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THEODORE CHAPDELAINE, RICHARD MOREAU, FREDERICK KENNEY, each individually and on behalf of all persons similarly situated, MICHAEL CLINTON, and RHODE ISLAND HOMELESS ADVOCACY PROJECT<br><br>v.<br><br>PETER F. NERONHA, in his official capacity as Attorney General of the State of Rhode Island, and WAYNE T. SALISBURY, in his official capacity as Acting Director of the Department of Corrections of the State of Rhode Island | C.A. No. 15-450-JJM-LDA |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER REGARDING CLASS COUNSEL'S FEES AND EXPENSES**

Plaintiffs and Defendants (collectively, the "parties") have reached an agreement to resolve class counsel's attorney's fees and litigation expenses and seek entry of the attached Stipulated Order, Exhibit A.

On April 7, 2023, the Court entered its Amended Judgment, ECF 105. Pursuant to 42 U.S.C. § 1988(b), Plaintiffs as the prevailing party may seek reasonable attorneys' fees and costs. The time for Plaintiffs to file their application for taxable costs, and their motion for attorneys' fees and related nontaxable expenses was extended until a date after exhaustion of appeals, if any, or after the time to appeal expired. Defendants did not appeal and the time for doing so expired. By further order, the time for Plaintiffs to file their application for taxable costs, and their motion for attorneys' fees and related nontaxable expenses was further extended to enable the parties to discuss compromise of the issue.

The parties have engaged in detailed negotiations between September and November 2023 to determine the reasonable attorneys' fees, costs and expenses due to class counsel by agreement.

Plaintiffs provided Defendants with certain records of their attorneys' fees, costs and expenses and explanation of the bases for their proposal. Defendants provided their response and counterproposal and the parties continued to engage in settlement discussions, resulting in a resolution of the attorneys' fees, costs and expenses to be paid to class counsel. The underlying litigation in this case began in 2015 and involved extensive discovery, expert analysis, and evaluating and briefing complex legal issues. Defendants believe it is in the best interests of the State to resolve the issue of attorneys' fees and costs related to this lengthy and complex litigation based on the total lodestar amounts reflected in this Motion and thereby avoid the additional costs and uncertainty that could be incurred by litigating the issue of attorneys' fees and costs. Defendants' acceptance of this resolution does not in any way constitute an agreement that Plaintiffs' counsel are entitled to any particular billable rate and does not constitute agreement with the various particular components of Plaintiffs' fee submission.

The parties now submit this stipulation of those attorneys' fees and expenses and ask the Court to approve the attorneys' fees and expenses as agreed upon by the parties.

To avoid litigation regarding class counsel's attorneys' fees, costs and expenses, the parties hereby stipulate that Defendants will pay class counsel $448,758 in fees and $10,394.73 in costs and expenses.[1] These amounts represent costs and attorneys' fees for all services and expenses and all work of any nature performed on behalf of Plaintiffs at any time in connection with this lawsuit, including the negotiation and/or collection of fees and expenses related to this Joint Motion and proposed Stipulated Order. These amounts include sharing attorneys' fees with the American Civil Liberties Union Foundation of Rhode Island. The sharing of the court-approved award with the American Civil Liberties Union Foundation of Rhode Island is consistent with this Court's decision

[1] Defendants will pay these attorneys' fees and expenses made payable as follows: $388,887 in fees to Lynette Labinger, $59,871 in fees to John MacDonald, and $10,394.73 in costs to the ACLU Foundation of Rhode Island.

in *Inmates of the RI Training School v. Martinez*, 465 F. Supp. 2d 131 (D.R.I. 2006) and Rhode Island R.P.C. 5.4(a)(4).[2] The entry of the Stipulated Order will entirely resolve this litigation and the case will be closed upon the payment of the fees and costs to Plaintiffs' counsel as provided for in the Stipulated Order.

By their Attorneys,

Attorneys for Plaintiffs:

/s/ Lynette Labinger
Lynette Labinger #1645
128 Dorrance Street
Providence, RI 02903
(401) 465-9565
LL@labingerlaw.com

/s/ John MacDonald
John E. MacDonald #5368
Law Office of John E. MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, RI 02903
(401) 421-1440 -tel
(401) 421-1442 -fax
jm@jmaclaw.com

Attorneys for Defendants:

/s/ Katherine Sadeck
Office of Attorney General
Katherine Sadeck
Assistant Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400, ext. 2480
Fax: (401) 222-2995

Dated: December 27, 2023

[2] Defendants take no position on this issue but do not object to its inclusion in the Stipulated Order.