**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THEODORE CHAPDELAINE, RICHARD MOREAU, FREDERICK KENNEY, each individually and on behalf of all persons similarly situated, MICHAEL CLINTON, and RHODE ISLAND HOMELESS ADVOCACY PROJECT<br><br>v.<br><br>PETER F. NERONHA, in his official capacity as Attorney General of the State of Rhode Island, and WAYNE T. SALISBURY, in his official capacity as Acting Director of the Department of Corrections of the State of Rhode Island | C.A. No. 15-450-JJM-LDA |

**STIPULATED ORDER REGARDING CLASS COUNSEL'S COSTS, FEES AND EXPENSES**

On April 7, 2023, the Court entered its Amended Judgment, ECF 105. Pursuant to 42 U.S.C. § 1988(b), Plaintiffs as the prevailing party may seek reasonable attorneys' fees and costs. The time for Plaintiffs to file their application for taxable costs, and their motion for attorneys' fees and related nontaxable expenses was extended until a date after exhaustion of appeals, if any, or after the time to appeal expired. Defendants did not appeal and the time for doing so expired. By further order, the time for Plaintiffs to file their application for taxable costs, and their motion for attorneys' fees and related nontaxable expenses was further extended to enable the parties to discuss compromise of the issue.

The parties have engaged in detailed negotiations between September and November 2023 to determine the reasonable attorneys' fees, costs and expenses due to class counsel. Plaintiffs provided Defendants with certain records of their attorneys' fees, costs and expenses and explanation of the bases for their proposal. Defendants provided their response and

counterproposal and the parties continued to engage in settlement discussions, resulting in a resolution of the attorneys' fees and expenses to be paid to class counsel. The parties now submit this stipulation of those attorneys' fees, costs and expenses and ask the Court to approve the attorneys' fees, costs and expenses as agreed upon by the parties.

To avoid litigation regarding class counsel's attorneys' fees, costs and expenses, the parties hereby stipulate that Defendants will pay class counsel $448,758 in fees and $10,394.73 in costs and expenses.[1] These amounts represent costs and attorneys' fees for all services and expenses and all work of any nature performed on behalf of Plaintiffs at any time in connection with this lawsuit, including the negotiation and/or collection of fees and expenses related to this Stipulated Order. These amounts will include the sharing of attorneys' fees with the American Civil Liberties Union Foundation of Rhode Island. The sharing of the court-approved award with the American Civil Liberties Union Foundation of Rhode Island is consistent with this Court's decision in *Inmates of the RI Training School v. Martinez*, 465 F. Supp. 2d 131 (D.R.I. 2006) and Rhode Island R.P.C. 5.4(a)(4). This Stipulated Order entirely resolves this litigation and the case will be closed upon the payment of the fees and costs to Plaintiffs' counsel as provided for in this Stipulated Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Defendants will pay class counsel $448,758 in fees and $10,394.73 in costs and expenses.

ENTERED as the Order of the Court this 28th day of December 202 3.

ENTER: By order,

/s/ Michael Simoncelli

United States Chief Judge Clerk

[1] Defendants will pay these attorneys' fees and expenses as follows: $388,887 in fees to Lynette Labinger, $59,871 in fees to John MacDonald, and $10,394.73 in costs to the ACLU Foundation of Rhode Island.

**STIPULATION**

We, on behalf of our clients, stipulate to the entry of this order.

Attorneys for Plaintiffs:

/s/__Lynette Labinger____________________

Lynette Labinger #1645
128 Dorrance Street
Providence, RI 02903
(401) 465-9565
LL@labingerlaw.com

/s/__John MacDonald____________________

John E. MacDonald #5368
Law Office of John E. MacDonald, Inc.
One Turks Head Place, Suite 1440
Providence, RI 02903
(401) 421-1440 -tel
(401) 421-1442 -fax
jm@jmaclaw.com

Attorneys for Defendants:

/s/_Katherine Sadeck_ ______________________

Office of Attorney General
Katherine Sadeck
Assistant Attorney General
150 South Main Street
Providence, RI 02903-2907
Tel: (401) 274-4400, ext. 2480
Fax: (401) 222-2995

Dated: December 27, 2023